JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, | CV 15-4739 PA (PLAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| TRANSCEND SERVICES, INC., | |
| Defendant. | |

Pursuant to the Court's January 25, 2016 Minute Order granting the Joint Motion For Approval of Settlement Agreement and Release,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: January 25, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE